**EITZEN BULK A/S, Plaintiff–
Appellant,**

v.

**CAPEX INDUSTRIES LTD.\*,
Defendant–Appellee.**

**No. 09–1987–cv.**

United States Court of Appeals,
Second Circuit.

Feb. 9, 2010.

Peter J. Gutowski, Freehill Hogan &
Mahar, LLP, (Manuel A. Molina, on the
brief), New York, NY, for Appellant.

Simon Harter, Esq., New York, NY, for
Appellee.

PRESENT: ROSEMARY S. POOLER,
B.D. PARKER, DEBRA ANN
LIVINGSTON, Circuit Judges.

**SUMMARY ORDER**

Appellant Eitzen Bulk A/S appeals both
a March 25, 2009 and April 29, 2009 order

---

\* The parties agree that the proper name for
defendant-appellee is Capex Industries Ltd.,
not Capex Industries A/S as indicated in the

of the United States District Court for the
Southern District of New York (Jones, *J.*).
While this appeal was sub judice, we decid-
ed *The Shipping Corp. of India Ltd. v.
Jaldhi Overseas Pte. Ltd.*, 585 F.3d 58 (2d
Cir.2009), in which we overruled *Winter
Storm Shipping, Ltd. v. TPI*, 310 F.3d 263
(2d Cir.2002), and held that electronic fund
transfers being processed by intermediary
banks are no longer subject to attachment
under Rule B of the Supplemental Rules
for Admiralty and Maritime Claims and
Asset Forfeiture Actions. Also while this
appeal was sub judice, we decided *Hawk-
net, Ltd. v. Overseas Shipping Agencies*,
590 F.3d 87 (2d Cir.2009), and held that
our decision in *The Shipping Corp.* applied
retroactively. Accordingly, we **VACATE**
the district court's orders and **REMAND**
the matter for consideration in light of
these recent decisions.